UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ROGER D. PERKINS and
MONICA D. PERKINS,**

   *Plaintiffs*,

v.                                       Case No. SA-23-CV-0398-JKP

**BLUE WORLD POOLS INC./
GLOBAL-SUN POOLS INC., and
SWIMLINE INC.,**

   *Defendants*.

## ORDER OF DISMISSAL

Before the Court is an *Agreed Stipulation of Dismissal with Prejudice* (ECF No. 12) signed by all parties. Although no court order is necessary based upon the stipulation filed pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the parties ask for an order of dismissal. In accordance with that request, the Court hereby **DISMISSES** this action with prejudice with each party to bear their own fees and costs. **The Clerk of Court shall close this case.**

**IT IS SO ORDERED this 1st day of May 2023.**

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**